UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 15201
MARC THOMPSON
CHERIE L THOMPSON                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
SSN XXX-XX-0079      SSN XXX-XX-8134
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 08/21/07 and confirmed on 12/12/07.

   2.  The case was converted to Chapter 7 after confirmation, 07/10/2008.

   3.  The Debtor paid a total of $ 3208.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| CARLTON WEST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER SERVICE | UNSECURED | 15866.78 | .00 | .00 |
| DAVID HONG | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| LAKEWOOD SPRINGS HOMEOWN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ORKIN | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| LAWRENCE GLUSKIN MD | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1190.31 | .00 | .00 |
| VALLEY IMAGING CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| KENDALL COUNTY COLLECTOR | SECURED | 7201.00 | .00 | 3054.27 |
| EDWARD J VARGA | ORIGINAL ATTO | .00 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 123.25 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PREFERRED CAPITAL LENDIN | UNSECURED | 8118.77 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1002.84 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 275.08 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 395.57 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 635.22 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1396.87 | .00 | .00 |

           Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED          OTHER          TOTAL
--------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      7201.00           .00     29004.69            .00       36205.69
PRINCIPAL PAID          3054.27           .00          .00            .00        3054.27
INTEREST PAID               .00           .00          .00            .00             .00
TOTAL PAID              3054.27           .00          .00            .00        3054.27
```

The Debtor's attorney, JOHN C RENZI                          , was allowed $          .00
and was paid $          .00 .

The Trustee received $      153.73 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 10/09/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE